```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

GEORGE HENRY WILDER,

       Plaintiff,

v.                                     Civil Action No. 2:14-3283

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

       Defendant.

## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate R. Clarke VanDervort, entered on February 26, 2015; and the magistrate judge having recommended that the court affirm the final decision of the commissioner and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein;

2. The plaintiff's motion for judgment on the pleadings be, and hereby is, denied;

3.  The commissioner's motion for judgment on the pleadings be, and hereby is, granted; and

4.  The decision of the Commissioner be, and hereby is, affirmed.

The Clerk is directed to forward copies of this order to all counsel of record, the United States Magistrate Judge, and the plaintiff, by certified mail, at the following address:

> George Henry Wilder
> 817 Racoon Creek Road
> Branchland, West Virginia
> 25506

DATED: March 18, 2015

John T. Copenhaver, Jr.
United States District Judge